UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>      Plaintiff,<br><br> v.<br><br>KNOLL, INC.,<br><br>      Defendant. | Case No. 2:23-cv-00147-AJS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Blair Douglass voluntarily dismisses all claims alleged in *Douglass v. Knoll, Inc.*, Case No. 2:23-cv-00147-AJS, without prejudice, and with each party bearing his and its own costs.

Dated: February 9, 2023

*/s/ Kevin Tucker*
Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (He/Him (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, February 9, 2023, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully submitted,

February 9, 2023

*/s/ Kevin Tucker*
Kevin Tucker